**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 09-7843**

———————————

HARRY JAMES CASCIO,

              Plaintiff - Appellant,

         v.

STATE OF MARYLAND; GOVERNMENT OF BALTIMORE COUNTY; NORRIS
BYRNES, Retired Judge; KAREN JONES, Ms., Esq.; JOE ASENSIO,
Mr., Esq.,

              Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:09-
cv-01938-RWT)

———————————

Submitted:  March 30, 2010           Decided:  April 2, 2010

———————————

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Harry James Cascio, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harry James Cascio appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cascio v. State of Maryland, No. 8:09-cv-01938-RWT (D. Md. Sept. 2, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED